IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID F. GOULD, III | : | CIVIL ACTION |
| *ESQUIRE* | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COUNCIL OF BRISTOL BOROUGH, et al. | : | NO. 13-4016 |

## ORDER

**AND NOW**, this 27th day of January, 2014, upon consideration of Defendants' Motion to Dismiss (Doc. 5), Plaintiff's Response (Doc. 9), Defendants' Reply (Doc. 15), and Plaintiff's Sur-Reply (Doc. 17), and after hearing oral argument, it is hereby **ORDERED** that:

1. The Motion to Dismiss (Doc. 5) is **GRANTED.** The Clerk shall mark the case closed.

2. Plaintiff is granted leave to file an Amended Complaint consistent with this Court's Memorandum within **thirty (30) days** of this Order. If Plaintiff does so, the Clerk shall re-open the matter.

BY THE COURT:

/s/ **L. Felipe Restrepo**
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE